Certificate Number: 05781-NJ-DE-032766079

Bankruptcy Case Number: 19-10834



05781-NJ-DE-032766079

# C<span style="font-variant:small-caps">ertificate</span> O<span style="font-variant:small-caps">f</span> D<span style="font-variant:small-caps">ebtor</span> E<span style="font-variant:small-caps">ducation</span>

I CERTIFY that on <u>May 3, 2019</u>, at <u>2:49</u> o'clock <u>PM PDT</u>, <u>Millie Gomez</u> completed a course on personal financial management given <u>by internet</u> by <u>Sage Personal Finance</u>, a provider approved pursuant to 11 U.S.C. 111 to provide an instructional course concerning personal financial management in the <u>District of New Jersey</u>.

Date:   <u>May 3, 2019</u>          By:   <u>/s/Allison M Geving</u>

                                                       Name: <u>Allison M Geving</u>

                                                       Title:   <u>President</u>