**Marie-Ann Greenberg, Esquire**
**Chapter 13 Standing Trustee**

Joseph D. Petrolino, Jr.
Staff Attorney

Brian M. Knapp
Staff Attorney

30 TWO BRIDGES ROAD
SUITE 330
FAIRFIELD, NJ  07004-1550

Phone 973-227-2840
Fax 973-227-3272

For Payments Only:

PO BOX 520
MEMPHIS, TN  38101-0520

July 29, 2019

**Re: Standing Trustee's Notice of Distribution**
       **Case No: 19-10834**

On July 25, 2019 the above-referenced case was confirmed. Subsequently, all of the creditors and attorney fees, if any, were set up on our database so that we can commence distribution to the parties in the near future.

Attached is a case report for your review. IT IS YOUR RESPONSIBILITY to review this report and ensure that you are in agreement with the information contained on the report. We strongly suggest that you compare this report against the claims registry and docket. If you are not in agreement, you need to notify us in writing within five (5) days of the docketing of this information and/or file the appropriate motion with the court.

A copy of the Chapter 13 Standing Trustee's Policies regarding Proofs of Claim may be found on our website at http://www.magtrustee.com.

Marie-Ann Greenberg, Trustee
30 TWO BRIDGES ROAD
SUITE 330
FAIRFIELD, NJ  07004-1550

# IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF NEW JERSEY

### TRUSTEE'S REPORT OF RECEIPTS AND DISBURSEMENTS AS OF JULY 29, 2019

**Chapter 13 Case # 19-10834**

Atty:    JUSTIN M. GILLMAN, ESQ.

Re:     MILLIE Z GOMEZ
        649 WEST GRAND AVE
        UNIT 1
        RAHWAY, NJ  07065

**PLEASE SEE SUMMARY SECTION FOR ESTIMATED BALANCE TO COMPLETE.**

**NOTE:  THIS IS A BASE PLAN IN THE AMOUNT OF $21,504.00**

## RECEIPTS   (Please Read Across)

| Date | Amount | Source Document No. | Date | Amount | Source Document No. |
|---|---|---|---|---|---|
| 02/04/2019 | $200.00 | 5588385000 | 03/01/2019 | $200.00 | 5659223000 |
| 03/27/2019 | $200.00 | 5729393000 | 05/06/2019 | $200.00 | 5840539000 |
| 05/28/2019 | $200.00 | 5883372000 | 07/01/2019 | $200.00 | 5973570000 |

**Total Receipts: $1,200.00  -  Amount Refunded to Debtor:  $0.00  =  Receipts Applied to Plan: $1,200.00**

## CLAIMS AND DISTRIBUTIONS

| Claim # | Claimant Name | Class | Allowed Claim | Percent to be Paid | Paid | Unpaid Balance * |
|---|---|---|---|---|---|---|
| TTE | TRUSTEE COMPENSATION | ADMIN | | | 58.20 | |
| ATTY | ATTORNEY | ADMIN | 1,787.00 | 100.00% | 0.00 | 1,787.00 |
| COURT | CLERK OF COURT | ADMIN | 0.00 | 100.00% | 0.00 | 0.00 |
| 0001 | AMERICAN EXPRESS BANK | UNSECURED | 1,142.45 | * | 0.00 | |
| 0003 | PRA RECEIVABLES MANAGEMENT LLC | UNSECURED | 3,864.53 | * | 0.00 | |
| 0006 | BMW BANK OF NORTH AMERICA | UNSECURED | 2,342.50 | * | 0.00 | |
| 0008 | BMW FINANCIAL SERVICES | UNSECURED | 0.00 | * | 0.00 | |
| 0010 | CAPITAL ONE BANK (USA), N.A. | UNSECURED | 2,409.99 | * | 0.00 | |
| 0012 | CAPITAL ONE AUTO FINANCE | UNSECURED | 0.00 | * | 0.00 | |
| 0014 | PRA RECEIVABLES MANAGEMENT LLC | UNSECURED | 2,920.91 | * | 0.00 | |
| 0015 | CHASE BANK USA, N.A. | UNSECURED | 3,613.74 | * | 0.00 | |
| 0017 | CITIBANK | UNSECURED | 0.00 | * | 0.00 | |
| 0019 | CITIBANK NA | UNSECURED | 846.51 | * | 0.00 | |
| 0020 | CITIBANK NA | UNSECURED | 2,918.19 | * | 0.00 | |
| 0022 | CITIBANK NA | UNSECURED | 513.97 | * | 0.00 | |
| 0023 | CITICARDS CBNA | UNSECURED | 0.00 | * | 0.00 | |
| 0025 | CITIMORTGAGE | UNSECURED | 0.00 | * | 0.00 | |
| 0027 | COMENITY BANK/DRESS BARN | UNSECURED | 0.00 | * | 0.00 | |
| 0028 | COMENITY BANK/PIER 1 | UNSECURED | 0.00 | * | 0.00 | |
| 0030 | COMENITY BANK/VICTORIA SECRET | UNSECURED | 0.00 | * | 0.00 | |
| 0035 | FINGERHUT | UNSECURED | 0.00 | * | 0.00 | |

| Claim # | Claimant Name | Class | Allowed Claim | Percent to be Paid | Paid | Unpaid Balance * |
|---|---|---|---:|---:|---:|---|
| 0036 | UNITED STATES TREASURY/IRS | PRIORITY | 812.98 | 100.00% | 0.00 | |
| 0039 | MOHELA/DEBT OF ED | UNSECURED | 0.00 | * | 0.00 | |
| 0042 | MIDFIRST BANK | MORTGAGE ARRE | 16,148.13 | 100.00% | 0.00 | |
| 0044 | NAVIENT | UNSECURED | 0.00 | * | 0.00 | |
| 0045 | RSI BANK | SECURED | 0.00 | 100.00% | 0.00 | |
| 0046 | RUTGERS FEDERAL CREDIT UNION | UNSECURED | 7,100.38 | * | 0.00 | |
| 0047 | RUTGERS FCU | UNSECURED | 0.00 | * | 0.00 | |
| 0049 | STATE OF NJ | PRIORITY | 607.21 | 100.00% | 0.00 | |
| 0051 | STERLING JEWELERS, INC. | UNSECURED | 0.00 | * | 0.00 | |
| 0052 | SYNCB/LORD & TAYLOR | UNSECURED | 0.00 | * | 0.00 | |
| 0054 | SYNCHRONY BANK | UNSECURED | 0.00 | * | 0.00 | |
| 0057 | PRA RECEIVABLES MANAGEMENT LLC | UNSECURED | 2,260.43 | * | 0.00 | |
| 0058 | SYNCHRONY BANK/LENSCRAFTERS | UNSECURED | 0.00 | * | 0.00 | |
| 0060 | SYNCHRONY BANK | UNSECURED | 4,915.00 | * | 0.00 | |
| 0062 | SYNCHRONY BANK | UNSECURED | 1,142.61 | * | 0.00 | |
| 0064 | SYNCHRONY/ASHLEY FURNITURE HOMI | UNSECURED | 0.00 | * | 0.00 | |
| 0068 | DEPARTMENT STORES NATIONAL BANK | UNSECURED | 4,610.48 | * | 0.00 | |
| 0070 | WELLS FARGO CARD SERVICES | UNSECURED | 1,774.42 | * | 0.00 | |
| 0073 | BMW BANK OF NORTH AMER | UNSECURED | 0.00 | * | 0.00 | |
| 0074 | CAPITAL ONE | UNSECURED | 0.00 | * | 0.00 | |
| 0075 | CHASE CARD SERVICES | UNSECURED | 0.00 | * | 0.00 | |
| 0076 | NAVIENT | UNSECURED | 0.00 | * | 0.00 | |
| 0077 | RUTGERS FCU | UNSECURED | 0.00 | * | 0.00 | |
| 0078 | RUTGERS FCU | UNSECURED | 0.00 | * | 0.00 | |
| 0079 | RUTGERS FCU | UNSECURED | 0.00 | * | 0.00 | |
| 0080 | RUTGERS FCU | UNSECURED | 0.00 | * | 0.00 | |
| 0081 | RUTGERS FCU | UNSECURED | 0.00 | * | 0.00 | |
| 0082 | RUTGERS FCU | UNSECURED | 0.00 | * | 0.00 | |
| 0083 | RUTGERS FCU | UNSECURED | 0.00 | * | 0.00 | |
| 0084 | RUTGERS FEDERAL CREDIT | UNSECURED | 0.00 | * | 0.00 | |
| 0085 | STERLING JEWELERS, INC. | UNSECURED | 0.00 | * | 0.00 | |
| 0086 | STERLING JEWELERS, INC. | UNSECURED | 0.00 | * | 0.00 | |
| 0087 | SYNCHRONY BANK/CARE CREDIT | UNSECURED | 0.00 | * | 0.00 | |
| 0088 | SYNCHRONY BANK/TJX | UNSECURED | 0.00 | * | 0.00 | |
| 0089 | UNITED STATES TREASURY/IRS | UNSECURED | 303.38 | * | 0.00 | |

**Total Paid:  $58.20**
See Summary

## LIST OF PAYMENTS TO CLAIMS   (Please Read Across)

## SUMMARY

Summary of all receipts and disbursements from the date the case was filed , to and including: July 29, 2019.

Receipts: $1,200.00      -      Paid to Claims: $0.00      -      Admin Costs Paid: $58.20      =      Funds on Hand: $1,141.80

Base Plan Amount: $21,504.00      -      Receipts: $1,200.00                               =      Total Unpaid Balance: **$20,304.00

**NOTE: THIS IS AN APPROXIMATE BALANCE.  ADDITIONAL ALLOWED CLAIMS AND OTHER VARIABLES MAY AFFECT THE AMOUNT TO COMPLETE THE PLAN.