B 2100A Form (2100A) (12/15)

# United States Bankruptcy Court

DISTRICT OF NEW JERSEY

In Re:  
MILLIE Z GOMEZ

Case No.  1910834

## TRANSFER OF CLAIM OTHER THAN FOR SECURITY

A CLAIM HAS BEEN FILED IN THIS CASE, or deemed filed under 11 U.S.C. § 1111 (a). Transferee hereby gives evidence and notice pursuant to Rule 3001(e)(2), Fed. R. Bankr. P., of the transfer, other than for security, of the claim referenced in this evidence and notice.

PRA Receivables Management, LLC., as agent of  
Portfolio Recovery Associates, LLC  
-------------------------------------------  
Name of Transferee

Citibank, N.A.  
-------------------------------------------  
Name of Transferor

Name and Address where notices to transferee should be sent:  
Portfolio Recovery Associates, LLC  
POB 41067  
Norfolk, VA 23541

Court Claim # (if known): 15  
Amount of Claim: $513.90  
Date Claim Filed: 03/22/2019

Phone: (877)829-8298  
Last Four Digits of Acct # :  5520

Phone:  
Last Four Digits of Acct #: 5520

Name and Address where transferee payments  
Should be sent (if different from above)  
Portfolio Recovery Associates, LLC  
POB 12914  
Norfolk, VA 23541

Seller Information  
CITIBANK, N.A.  
701 EAST 60TH STREET NORTH  
SIOUX FALLS SD 57117

Phone: (877)829-8298  
Last Four Digits of Acct # : 5520

I declare under penalty of perjury that the information provided in this notice is true and correct to the best of my knowledge and belief.

By: /s/ Mikayla Pearson  
     -------------------------------------------  
     Transferee/Transferee's Agent  
Email: Bankruptcy_Info@portfoliorecovery.com

Date: 2/6/2020

*Penalty for making a false statement*: Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 & 3571



## BILL OF SALE AND ASSIGNMENT

THIS BILL OF SALE AND ASSIGNMENT dated November 21, 2019, is by Citibank, N.A., a national banking association organized under the laws of the United States, located at 5800 South Corporate Place, Sioux Falls, SD 57108 (the "Bank") to Portfolio Recovery Associates, LLC ("Buyer"), organized under the laws of Delaware, with its headquarters/principal place of business at 130 Corporate Boulevard, Norfolk, VA 23502.

For value received and subject to the terms and conditions of the Master Purchase and Sale Agreement dated January 25, 2019 and Addendum No. 9 dated November 18, 2019, between Buyer and the Bank (the "Agreement"), the Bank does hereby transfer, sell, assign, convey, grant, bargain, set over and deliver to Buyer, and to Buyer's successors and assigns, the Accounts described in Exhibit 1 and the final electronic file.

**Citibank, N.A.**

By: _____
        (Signature)

Name: ___Terri Bergman___

Title: ___Authorized Party___