JUSTIN M. GILLMAN, ESQ.
770 AMBOY AVENUE
EDISON, NJ  08837

Re: MILLIE Z GOMEZ                                Atty: JUSTIN M. GILLMAN, ESQ.
    649 WEST GRAND AVE                                 770 AMBOY AVENUE
    UNIT 1                                             EDISON, NJ  08837
    RAHWAY,  NJ  07065

# IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF NEW JERSEY

### TRUSTEE'S REPORT OF RECEIPTS AND DISBURSEMENTS AS OF 1/15/2021
Chapter 13 Case # 19-10834

**NOTE:  THIS IS A BASE PLAN IN THE AMOUNT OF $21,504.00**

## RECEIPTS AS OF 01/15/2021    (Please Read Across)

| Date | Amount | Source Document No. | Date | Amount | Source Document No. |
|---|---|---|---|---|---|
| 02/04/2019 | $200.00 | 5588385000 | 03/01/2019 | $200.00 | 5659223000 |
| 03/27/2019 | $200.00 | 5729393000 | 05/06/2019 | $200.00 | 5840539000 |
| 05/28/2019 | $200.00 | 5883372000 | 07/01/2019 | $200.00 | 5973570000 |
| 08/05/2019 | $376.00 | 6069876000 | 09/05/2019 | $376.00 | 6152865000 |
| 10/03/2019 | $376.00 | 6225836000 | 11/12/2019 | $376.00 | 6319473000 |
| 12/09/2019 | $376.00 | 6389092000 | 01/03/2020 | $376.00 | 6451621000 |
| 02/05/2020 | $376.00 | 6529183000 | 03/09/2020 | $376.00 | 6626222000 |
| 04/08/2020 | $376.00 | 6697212000 | 05/08/2020 | $376.00 | 6776561000 |
| 06/08/2020 | $376.00 | 6848982000 | 07/06/2020 | $376.00 | 6919365000 |
| 08/12/2020 | $376.00 | 7005448000 | 09/10/2020 | $376.00 | 7073872000 |
| 10/13/2020 | $376.00 | 7150741000 | 11/09/2020 | $376.00 | 7217541000 |
| 12/07/2020 | $376.00 | 7284448000 | 01/08/2021 | $376.00 | 7364995000 |

**Total Receipts: $7,968.00  -  Amount Refunded to Debtor:  $0.00  =  Receipts Applied to Plan:  $7,968.00**

## LIST OF PAYMENTS TO CLAIMS AS OF 01/15/2021    (Please Read Across)

| Claimant Name | Date | Amount | Check # | | Date | Amount | Check # |
|---|---|---|---|---|---|---|---|
| MIDFIRST BANK | | | | | | | |
| | 10/21/2019 | $86.12 | 835,673 | | 11/18/2019 | $356.45 | 837,739 |
| | 12/16/2019 | $356.45 | 839,647 | | 01/13/2020 | $356.45 | 841,535 |
| | 02/10/2020 | $356.45 | 843,420 | | 03/16/2020 | $356.45 | 845,341 |
| | 04/20/2020 | $356.45 | 847,279 | | 05/18/2020 | $338.40 | 849,126 |
| | 06/15/2020 | $338.40 | 850,820 | | 07/20/2020 | $347.80 | 852,643 |
| | 08/17/2020 | $347.80 | 854,499 | | 09/21/2020 | $347.80 | 856,337 |
| | 10/19/2020 | $347.80 | 858,196 | | 11/16/2020 | $347.80 | 859,981 |
| | 12/21/2020 | $347.80 | 861,820 | | 01/11/2021 | $347.80 | 863,572 |

## CLAIMS AND DISTRIBUTIONS

| Claim # | Claimant Name | Class | Allowed Claim | Percent to be Paid | Paid | Unpaid Balance * |
|---|---|---|---|---|---|---|
| TTE | TRUSTEE COMPENSATION | ADMIN | | | 496.98 | TBD |

Page 1 of 3

| Claim # | Claimant Name | Class | Allowed Claim | Percent to be Paid | Paid | Unpaid Balance * |
|---|---|---|---:|---:|---:|---:|
| ATTY | ATTORNEY (S) FEES | ADMIN | 1,787.00 | 100.00% | 1,787.00 | 0.00 |
| COURT | CLERK OF COURT | ADMIN | 0.00 | 100.00% | 0.00 | 0.00 |
| 0001 | AMERICAN EXPRESS BANK | UNSECURED | 1,142.45 | * | 0.00 | |
| 0003 | PRA RECEIVABLES MANAGEMENT LLC | UNSECURED | 3,864.53 | * | 0.00 | |
| 0006 | BMW BANK OF NORTH AMERICA | UNSECURED | 2,342.50 | * | 0.00 | |
| 0008 | BMW FINANCIAL SERVICES | UNSECURED | 0.00 | * | 0.00 | |
| 0010 | CAPITAL ONE BANK (USA), N.A. | UNSECURED | 2,409.99 | * | 0.00 | |
| 0012 | CAPITAL ONE AUTO FINANCE | UNSECURED | 0.00 | * | 0.00 | |
| 0014 | PRA RECEIVABLES MANAGEMENT LLC | UNSECURED | 2,920.91 | * | 0.00 | |
| 0015 | CHASE BANK USA, N.A. | UNSECURED | 3,613.74 | * | 0.00 | |
| 0017 | CITIBANK | UNSECURED | 0.00 | * | 0.00 | |
| 0019 | PRA RECEIVABLES MANAGEMENT LLC | UNSECURED | 846.51 | * | 0.00 | |
| 0020 | CITIBANK NA | UNSECURED | 2,918.19 | * | 0.00 | |
| 0022 | PRA RECEIVABLES MANAGEMENT LLC | UNSECURED | 513.97 | * | 0.00 | |
| 0023 | CITICARDS CBNA | UNSECURED | 0.00 | * | 0.00 | |
| 0025 | CITIMORTGAGE | UNSECURED | 0.00 | * | 0.00 | |
| 0027 | COMENITY BANK/DRESS BARN | UNSECURED | 0.00 | * | 0.00 | |
| 0028 | COMENITY BANK/PIER 1 | UNSECURED | 0.00 | * | 0.00 | |
| 0030 | COMENITY BANK/VICTORIA SECRET | UNSECURED | 0.00 | * | 0.00 | |
| 0035 | FINGERHUT | UNSECURED | 0.00 | * | 0.00 | |
| 0036 | UNITED STATES TREASURY/IRS | PRIORITY | 812.98 | 100.00% | 0.00 | |
| 0039 | MOHELA/DEBT OF ED | UNSECURED | 0.00 | * | 0.00 | |
| 0042 | MIDFIRST BANK | MORTGAGE ARRE | 16,148.13 | 100.00% | 5,336.22 | |
| 0044 | NAVIENT | UNSECURED | 0.00 | * | 0.00 | |
| 0045 | RSI BANK | SECURED | 0.00 | 100.00% | 0.00 | |
| 0046 | RUTGERS FEDERAL CREDIT UNION | UNSECURED | 7,100.38 | * | 0.00 | |
| 0047 | RUTGERS FCU | UNSECURED | 0.00 | * | 0.00 | |
| 0049 | STATE OF NJ | PRIORITY | 607.21 | 100.00% | 0.00 | |
| 0051 | STERLING JEWELERS, INC. | UNSECURED | 0.00 | * | 0.00 | |
| 0052 | SYNCB/LORD & TAYLOR | UNSECURED | 0.00 | * | 0.00 | |
| 0054 | SYNCHRONY BANK | UNSECURED | 0.00 | * | 0.00 | |
| 0057 | PRA RECEIVABLES MANAGEMENT LLC | UNSECURED | 2,260.43 | * | 0.00 | |
| 0058 | SYNCHRONY BANK/LENSCRAFTERS | UNSECURED | 0.00 | * | 0.00 | |
| 0060 | SYNCHRONY BANK | UNSECURED | 4,915.00 | * | 0.00 | |
| 0062 | SYNCHRONY BANK | UNSECURED | 1,142.61 | * | 0.00 | |
| 0064 | SYNCHRONY/ASHLEY FURNITURE HOME | UNSECURED | 0.00 | * | 0.00 | |
| 0068 | DEPARTMENT STORES NATIONAL BANK | UNSECURED | 4,610.48 | * | 0.00 | |
| 0070 | WELLS FARGO CARD SERVICES | UNSECURED | 1,774.42 | * | 0.00 | |
| 0073 | BMW BANK OF NORTH AMER | UNSECURED | 0.00 | * | 0.00 | |
| 0074 | CAPITAL ONE | UNSECURED | 0.00 | * | 0.00 | |
| 0075 | CHASE CARD SERVICES | UNSECURED | 0.00 | * | 0.00 | |
| 0076 | NAVIENT | UNSECURED | 0.00 | * | 0.00 | |
| 0077 | RUTGERS FCU | UNSECURED | 0.00 | * | 0.00 | |
| 0078 | RUTGERS FCU | UNSECURED | 0.00 | * | 0.00 | |
| 0079 | RUTGERS FCU | UNSECURED | 0.00 | * | 0.00 | |
| 0080 | RUTGERS FCU | UNSECURED | 0.00 | * | 0.00 | |
| 0081 | RUTGERS FCU | UNSECURED | 0.00 | * | 0.00 | |
| 0082 | RUTGERS FCU | UNSECURED | 0.00 | * | 0.00 | |
| 0083 | RUTGERS FCU | UNSECURED | 0.00 | * | 0.00 | |
| 0084 | RUTGERS FEDERAL CREDIT | UNSECURED | 0.00 | * | 0.00 | |
| 0085 | STERLING JEWELERS, INC. | UNSECURED | 0.00 | * | 0.00 | |
| 0086 | STERLING JEWELERS, INC. | UNSECURED | 0.00 | * | 0.00 | |
| 0087 | SYNCHRONY BANK/CARE CREDIT | UNSECURED | 0.00 | * | 0.00 | |
| 0088 | SYNCHRONY BANK/TJX | UNSECURED | 0.00 | * | 0.00 | |
| 0089 | UNITED STATES TREASURY/IRS | UNSECURED | 303.38 | * | 0.00 | |

**Total Paid: $7,620.20**
See Summary

## SUMMARY

Summary of all receipts and disbursements from the date the case was filed, to and including: January 15, 2021.

Receipts: $7,968.00    -    Paid to Claims: $5,336.22    -    Admin Costs Paid: $2,283.98    =    Funds on Hand: $347.80

**\*\*NOTE**: THIS REPORT IS NOT TO BE USED AS A PAYOFF FIGURE. ADDITIONAL ALLOWED CLAIMS AND OTHER VARIABLES MAY AFFECT THE AMOUNT TO COMPLETE THE PLAN.