**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF NEW JERSEY**

In Re:                                                                           Case No. 19-10834

MILLIE Z GOMEZ                                                         Claim No. : 4

   Debtor(s)

## NOTICE OF CREDITOR CHANGE OF ADDRESS

The creditor in the above entitled case hereby requests that the mailing address pertaining to NOTICES and PAYMENTS, listed in the above stated case be changed.

**Address where NOTICES to the creditor be sent:**

| From | To |
|---|---|
| BMW Bank of North America | BMW Financial Services |
| PO Box 23356 | PO Box 9488 |
| Pittsburgh, PA 15222 | Salt Lake City, UT 84109 |

**Address where PAYMENTS to the creditor be sent:**

| From | To |
|---|---|
| BMW Bank of North America | BMW Financial Services |
| P.O. Box 660545 | PO Box 9488 |
| Dallas, TX 75266 | Salt Lake City, UT 84109 |

Date: 07/20/2021                              By: /s/ Arvind Nath Rawal
                                                         Creditor's Authorized Agent for BMW Bank of North America

## **CERTIFICATE OF SERVICE**

I hereby certify that a true and correct copy of the foregoing address change document was served via the Bankruptcy Court's electronic filing and notice system on or about the time the address change was filed, to all parties below that are registered to receive electronic notification in the above captioned bankruptcy case.

**Case Information:**

| Debtor: MILLIE Z GOMEZ |
|---|

| Street | City | State | Zip |
|---|---|---|---|
| 649 WEST GRAND AVE UNIT 1 | RAHWAY, NJ 07065 | | |

| Case Number | Court | Chapter | Filing Date |
|---|---|---|---|
| 19-10834 | NEW JERSEY | 13 | 01/14/2019 |

**Trustee:**

MARIE-ANN GREENBERG
30 TWO BRIDGES ROAD
SUITE 330
FAIRFIELD, NJ 07004

**Debtor/Attorney for Debtor**

JUSTIN M GILLMAN
770 AMBOY AVENUE
EDISON, NJ 08837

By: /s/ Arvind Nath Rawal
Arvind Nath Rawal
PO Box 9488
Salt Lake City, UT 84109