JUSTIN M. GILLMAN, ESQ.
770 AMBOY AVENUE
EDISON, NJ  08837

Re:  MILLIE Z GOMEZ
     649 WEST GRAND AVE
     UNIT 1
     RAHWAY,  NJ  07065

Atty:  JUSTIN M. GILLMAN, ESQ.
       770 AMBOY AVENUE
       EDISON, NJ  08837

# IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF NEW JERSEY

### TRUSTEE'S REPORT OF RECEIPTS AND DISBURSEMENTS AS OF 1/13/2023
Chapter 13 Case # 19-10834

**NOTE:  THIS IS A BASE PLAN IN THE AMOUNT OF $21,504.00**

## RECEIPTS AS OF 01/13/2023    (Please Read Across)

| Date | Amount | Source Document No. | Date | Amount | Source Document No. |
|---|---|---|---|---|---|
| 02/04/2019 | $200.00 | 5588385000 | 03/01/2019 | $200.00 | 5659223000 |
| 03/27/2019 | $200.00 | 5729393000 | 05/06/2019 | $200.00 | 5840539000 |
| 05/28/2019 | $200.00 | 5883372000 | 07/01/2019 | $200.00 | 5973570000 |
| 08/05/2019 | $376.00 | 6069876000 | 09/05/2019 | $376.00 | 6152865000 |
| 10/03/2019 | $376.00 | 6225836000 | 11/12/2019 | $376.00 | 6319473000 |
| 12/09/2019 | $376.00 | 6389092000 | 01/03/2020 | $376.00 | 6451621000 |
| 02/05/2020 | $376.00 | 6529183000 | 03/09/2020 | $376.00 | 6626222000 |
| 04/08/2020 | $376.00 | 6697212000 | 05/08/2020 | $376.00 | 6776561000 |
| 06/08/2020 | $376.00 | 6848982000 | 07/06/2020 | $376.00 | 6919365000 |
| 08/12/2020 | $376.00 | 7005448000 | 09/10/2020 | $376.00 | 7073872000 |
| 10/13/2020 | $376.00 | 7150741000 | 11/09/2020 | $376.00 | 7217541000 |
| 12/07/2020 | $376.00 | 7284448000 | 01/08/2021 | $376.00 | 7364995000 |
| 02/03/2021 | $376.00 | 7428760000 | 03/04/2021 | $376.00 | 7501761000 |
| 04/07/2021 | $376.00 | 7584463000 | 05/10/2021 | $376.00 | 7658799000 |
| 06/07/2021 | $376.00 | 7724021000 | 07/14/2021 | $376.00 | 7807099000 |
| 08/04/2021 | $376.00 | 7856235000 | 09/15/2021 | $376.00 | 7948142000 |
| 10/12/2021 | $376.00 | 8005055000 | 11/22/2021 | $376.00 | 8093358000 |
| 12/20/2021 | $376.00 | 8154687000 | 01/18/2022 | $376.00 | 8210515000 |
| 02/02/2022 | $376.00 | 8249101000 | 03/14/2022 | $376.00 | 8334600000 |
| 04/08/2022 | $376.00 | 8392255000 | 05/09/2022 | $376.00 | 8453836000 |
| 06/20/2022 | $376.00 | 8536410000 | 07/18/2022 | $376.00 | 8591380000 |
| 08/01/2022 | $376.00 | 8619896000 | 09/12/2022 | $376.00 | 8700527000 |
| 10/17/2022 | $376.00 | 8772360000 | 11/07/2022 | $376.00 | 8811533000 |
| 12/19/2022 | $376.00 | 8887526000 | | | |

**Total Receipts: $16,616.00  -  Amount Refunded to Debtor:  $0.00  =  Receipts Applied to Plan:  $16,616.00**

## LIST OF PAYMENTS TO CLAIMS AS OF 01/13/2023    (Please Read Across)

**Chapter 13 Case # 19-10834**

| Claimant Name | Date | Amount | Check # | | Date | Amount | Check # |
|---|---|---|---|---|---|---|---|
| MIDFIRST BANK | | | | | | | |
| | 10/21/2019 | $86.12 | 835,673 | | 11/18/2019 | $356.45 | 837,739 |
| | 12/16/2019 | $356.45 | 839,647 | | 01/13/2020 | $356.45 | 841,535 |
| | 02/10/2020 | $356.45 | 843,420 | | 03/16/2020 | $356.45 | 845,341 |
| | 04/20/2020 | $356.45 | 847,279 | | 05/18/2020 | $338.40 | 849,126 |
| | 06/15/2020 | $338.40 | 850,820 | | 07/20/2020 | $347.80 | 852,643 |
| | 08/17/2020 | $347.80 | 854,499 | | 09/21/2020 | $347.80 | 856,337 |
| | 10/19/2020 | $347.80 | 858,196 | | 11/16/2020 | $347.80 | 859,981 |
| | 12/21/2020 | $347.80 | 861,820 | | 01/11/2021 | $347.80 | 863,572 |
| | 02/22/2021 | $347.80 | 865,326 | | 03/15/2021 | $347.80 | 867,115 |
| | 04/19/2021 | $347.80 | 868,853 | | 05/17/2021 | $347.80 | 870,726 |
| | 06/21/2021 | $353.44 | 872,539 | | 07/19/2021 | $353.44 | 874,316 |
| | 08/16/2021 | $353.44 | 876,006 | | 09/20/2021 | $353.44 | 877,762 |
| | 10/18/2021 | $353.44 | 879,507 | | 11/17/2021 | $357.20 | 881,217 |
| | 01/10/2022 | $357.20 | 884,484 | | 02/14/2022 | $357.20 | 886,197 |
| | 03/14/2022 | $714.40 | 887,895 | | 04/18/2022 | $362.84 | 889,630 |
| | 05/16/2022 | $362.84 | 891,317 | | 06/20/2022 | $362.84 | 893,022 |
| | 08/15/2022 | $362.84 | 896,280 | | 09/19/2022 | $725.68 | 897,902 |
| | 10/17/2022 | $362.84 | 899,546 | | 12/12/2022 | $710.64 | 902,661 |

## CLAIMS AND DISTRIBUTIONS

| Claim # | Claimant Name | Class | Allowed Claim | Percent to be Paid | Paid | Unpaid Balance * |
|---|---|---|---|---|---|---|
| TTE | TRUSTEE COMPENSATION | ADMIN | | | 942.54 | TBD |
| ATTY | ATTORNEY (S) FEES | ADMIN | 1,787.00 | 100.00% | 1,787.00 | 0.00 |
| COURT | CLERK OF COURT | ADMIN | 0.00 | 100.00% | 0.00 | 0.00 |
| 0001 | AMERICAN EXPRESS BANK | UNSECURED | 1,142.45 | * | 0.00 | |
| 0003 | PRA RECEIVABLES MANAGEMENT LLC | UNSECURED | 3,864.53 | * | 0.00 | |
| 0006 | BMW FINANCIAL SERVICES | UNSECURED | 2,342.50 | * | 0.00 | |
| 0008 | BMW FINANCIAL SERVICES | UNSECURED | 0.00 | * | 0.00 | |
| 0010 | CAPITAL ONE BANK (USA), N.A. | UNSECURED | 2,409.99 | * | 0.00 | |
| 0012 | CAPITAL ONE AUTO FINANCE | UNSECURED | 0.00 | * | 0.00 | |
| 0014 | PRA RECEIVABLES MANAGEMENT LLC | UNSECURED | 2,920.91 | * | 0.00 | |
| 0015 | CHASE BANK USA, N.A. | UNSECURED | 3,613.74 | * | 0.00 | |
| 0017 | CITIBANK | UNSECURED | 0.00 | * | 0.00 | |
| 0019 | PRA RECEIVABLES MANAGEMENT LLC | UNSECURED | 846.51 | * | 0.00 | |
| 0020 | CITIBANK NA | UNSECURED | 2,918.19 | * | 0.00 | |
| 0022 | PRA RECEIVABLES MANAGEMENT LLC | UNSECURED | 513.97 | * | 0.00 | |
| 0023 | CITICARDS CBNA | UNSECURED | 0.00 | * | 0.00 | |
| 0025 | CITIMORTGAGE | UNSECURED | 0.00 | * | 0.00 | |
| 0027 | COMENITY BANK/DRESS BARN | UNSECURED | 0.00 | * | 0.00 | |
| 0028 | COMENITY BANK/PIER 1 | UNSECURED | 0.00 | * | 0.00 | |
| 0030 | COMENITY BANK/VICTORIA SECRET | UNSECURED | 0.00 | * | 0.00 | |
| 0035 | FINGERHUT | UNSECURED | 0.00 | * | 0.00 | |
| 0036 | UNITED STATES TREASURY/IRS | PRIORITY | 812.98 | 100.00% | 0.00 | |
| 0039 | MOHELA/DEBT OF ED | UNSECURED | 0.00 | * | 0.00 | |
| 0042 | MIDFIRST BANK | MORTGAGE ARRE | 16,148.13 | 100.00% | 13,531.14 | |
| 0044 | NAVIENT | UNSECURED | 0.00 | * | 0.00 | |
| 0045 | RSI BANK | SECURED | 0.00 | 100.00% | 0.00 | |
| 0046 | RUTGERS FEDERAL CREDIT UNION | UNSECURED | 7,100.38 | * | 0.00 | |
| 0047 | RUTGERS FCU | UNSECURED | 0.00 | * | 0.00 | |
| 0049 | STATE OF NJ | PRIORITY | 607.21 | 100.00% | 0.00 | |
| 0051 | STERLING JEWELERS, INC. | UNSECURED | 0.00 | * | 0.00 | |
| 0052 | SYNCB/LORD & TAYLOR | UNSECURED | 0.00 | * | 0.00 | |
| 0054 | SYNCHRONY BANK | UNSECURED | 0.00 | * | 0.00 | |
| 0057 | PRA RECEIVABLES MANAGEMENT LLC | UNSECURED | 2,260.43 | * | 0.00 | |
| 0058 | SYNCHRONY BANK/LENSCRAFTERS | UNSECURED | 0.00 | * | 0.00 | |
| 0060 | SYNCHRONY BANK | UNSECURED | 4,915.00 | * | 0.00 | |

**Chapter 13 Case # 19-10834**

| Claim # | Claimant Name | Class | Allowed Claim | Percent to be Paid | Paid | Unpaid Balance * |
|---|---|---|---|---|---|---|
| 0062 | SYNCHRONY BANK | UNSECURED | 1,142.61 | * | 0.00 | |
| 0064 | SYNCHRONY/ASHLEY FURNITURE HOME | UNSECURED | 0.00 | * | 0.00 | |
| 0068 | DEPARTMENT STORES NATIONAL BANK | UNSECURED | 4,610.48 | * | 0.00 | |
| 0070 | WELLS FARGO CARD SERVICES | UNSECURED | 1,774.42 | * | 0.00 | |
| 0073 | BMW BANK OF NORTH AMER | UNSECURED | 0.00 | * | 0.00 | |
| 0074 | CAPITAL ONE | UNSECURED | 0.00 | * | 0.00 | |
| 0075 | CHASE CARD SERVICES | UNSECURED | 0.00 | * | 0.00 | |
| 0076 | NAVIENT | UNSECURED | 0.00 | * | 0.00 | |
| 0077 | RUTGERS FCU | UNSECURED | 0.00 | * | 0.00 | |
| 0078 | RUTGERS FCU | UNSECURED | 0.00 | * | 0.00 | |
| 0079 | RUTGERS FCU | UNSECURED | 0.00 | * | 0.00 | |
| 0080 | RUTGERS FCU | UNSECURED | 0.00 | * | 0.00 | |
| 0081 | RUTGERS FCU | UNSECURED | 0.00 | * | 0.00 | |
| 0082 | RUTGERS FCU | UNSECURED | 0.00 | * | 0.00 | |
| 0083 | RUTGERS FCU | UNSECURED | 0.00 | * | 0.00 | |
| 0084 | RUTGERS FEDERAL CREDIT | UNSECURED | 0.00 | * | 0.00 | |
| 0085 | STERLING JEWELERS, INC. | UNSECURED | 0.00 | * | 0.00 | |
| 0086 | STERLING JEWELERS, INC. | UNSECURED | 0.00 | * | 0.00 | |
| 0087 | SYNCHRONY BANK/CARE CREDIT | UNSECURED | 0.00 | * | 0.00 | |
| 0088 | SYNCHRONY BANK/TJX | UNSECURED | 0.00 | * | 0.00 | |
| 0089 | UNITED STATES TREASURY/IRS | UNSECURED | 303.38 | * | 0.00 | |

**Total Paid:  $16,260.68**
See Summary

## SUMMARY

Summary of all receipts and disbursements from the date the case was filed , to and including: January 15, 2023.

Receipts: $16,616.00    -    Paid to Claims: $13,531.14    -    Admin Costs Paid: $2,729.54    =    Funds on Hand: $355.32

**NOTE**:  THIS REPORT IS NOT TO BE USED AS A PAYOFF FIGURE.  ADDITIONAL ALLOWED CLAIMS AND OTHER VARIABLES MAY AFFECT THE AMOUNT TO COMPLETE THE PLAN.