KML LAW GROUP, P.C.
A Professional Corporation incorporated in Pennsylvania
701 Market Street, Suite 5000
Philadelphia, PA 19106
(215) 627-1322
Attorneys for MidFirst Bank

---

| | |
|---|---|
| IN THE MATTER OF:<br><br>Millie Z Gomez fka Milagros Z Gomez<br><br>DEBTOR(S),<br><br>Arnaldo D Arce<br><br>CO-DEBTOR | **IN THE UNITED STATES BANKRUPTCY COURT FOR THE DISTRICT OF NEW JERSEY**<br><br>CHAPTER 13<br>CASE NO. 19-10834 SLM<br><br>**NOTICE OF MOTION FOR RELIEF FROM STAY AND CO-DEBTOR STAY** |

TO:
Millie Z. Gomez fka Milagros Z Gomez
649 West Grand Avenue
Unit 1
Rahway, NJ 07065

Justin M. Gillman
Gillman & Gillman
770 Amboy Avenue
Edison, NJ 08837

Marie-Ann Greenberg
30 Two Bridges Road; Suite 330 (VIA ECF)
Fairfield, NJ 07004

US TRUSTEE
Office of the US Trustee
One Newark Center, Suite 2l00
Newark, NJ 07102

PLEASE TAKE NOTICE THAT the undersigned attorney for **MidFirst Bank**, will apply to the UNITED STATES BANKRUPTCY COURT, located at **50 Walnut Street 3rd fl., Newark, NJ**, for an Order to Grant Relief from the Automatic Stay to authorize the moving parties to prosecute a foreclosure action for the reason that the debtors and co-debtors have failed to maintain their monthly mortgage payments to the Secured Creditor as more particularly set forth in the certification submitted herewith. Costs and counsel fees will also be requested. The property involved is known as **649 West Grand Avenue #1, Rahway NJ 07065**. The hearing on this matter is scheduled for **May 24, 2023 at 10:00 AM**

Dated: May 01, 2023

**/s/Denise Carlon**
Denise Carlon, Esquire
KML Law Group, P.C.
701 Market Street, Suite 5000
Philadelphia, PA 19106
(215) 627-1322
dcarlon@kmllawgroup.com
Attorney for MidFirst Bank