KML LAW GROUP, P.C.
A Professional Corporation incorporated in Pennsylvania
701 Market Street, Suite 5000
Philadelphia, PA 19106
(215) 627-1322
Attorneys for MidFirst Bank

| | |
|---|---|
| IN THE MATTER OF: | **IN THE UNITED STATES BANKRUPTCY COURT FOR THE DISTRICT OF NEW JERSEY** |
| Millie Z Gomez fka Milagros Z Gomez | |
| DEBTOR(S), | CHAPTER 13<br>CASE NO. 19-10834 SLM |
| Arnaldo D Arce | **STATEMENT AS TO WHY NO BRIEF IS NECESSARY IN ACCORDANCE WITH "LOCAL RULES OF BANKRUPTCY PRACTICE" RULE 3(C)** |
| CO-DEBTOR | |

The within Notice of Motion requests relief from the automatic stay on the grounds, as set forth on the accompanying Certification, that the debtor(s) and co-debtor(s) have failed to maintain their monthly mortgage payments to the Secured Creditor.

As the facts the secured creditor relies upon, as set forth on the accompanying certification, and the basis for relief from the automatic stay, do not present complicated questions of fact or unique questions of law, it is hereby submitted that no brief is necessary in the Court's consideration of the within Motion.

DATED:  May 01, 2023

**/s/Denise Carlon**
Denise Carlon, Esquire
KML Law Group, P.C.
701 Market Street, Suite 5000
Philadelphia, PA 19106
(215) 627-1322
dcarlon@kmllawgroup.com
Attorney for MidFirst Bank