# EXHIBIT C



Received & Recorded
Union County, NJ
12/28/2016 15:57
Joanne Rajoppi
County Clerk
Operator
FOX

Assignments-4
Inst# 167899
Consider. Pgs-2

Prepared By and Return to:
Tianran Ye
MidFirst Bank
Attn: Documentation
777 NW Grand Boulevard
Oklahoma City, OK 73118

## ASSIGNMENT OF MORTGAGE

FOR VALUE RECEIVED, Mortgage Electronic Registration Systems, Inc., acting solely as nominee for JERSEY MORTGAGE COMPANY, its successors and assigns, P.O. Box 2026, Flint, MI 48501-2026 (hereinafter called the "Assignor"), does hereby grant, convey, assign, transfer, and set over to MidFirst Bank, a Federally Chartered Savings Association, 999 NW Grand Blvd., Suite 100, Oklahoma City, OK 73118, (hereinafter called the "Assignee"), its successors and assigns, all of the Assignor's rights, title and interest in and to:

The Mortgage dated 03/20/2008, executed by Milagros Z Gomez and Arnaldo D Arce, husband / wife, to Mortgage Electronic Registration Systems, Inc., acting solely as nominee for JERSEY MORTGAGE COMPANY, recorded on 04/01/2008, as Instrument No. 467858, in Book M12450, Page 0568, in the office of the Recorder, Union County, State of New Jersey, and covers the following real property and all improvements:

SEE ATTACHED LEGAL DESCRIPTION.

Original Principal Amount: $128,397.00

Property Address: 649 W. Grand Avenue #1, Rahway, NJ 07065

In Witness Whereof, the undersigned corporation has caused this instrument to be executed this 14th day of September, 2016.
ATTEST:

Mortgage Electronic Registration Systems, Inc.,
acting solely as nominee for JERSEY MORTGAGE
COMPANY, its successors and assigns

_____
Desiree Rodgers        Vice President

State of Oklahoma
County of Oklahoma

On this 14th day of September, 2016, before me, a Notary Public, in and for said county, personally appeared Desiree Rodgers, to me personally known, who being by me duly sworn did say that he/she is the Vice President of Mortgage Electronic Registration Systems, Inc., acting solely as nominee for JERSEY MORTGAGE COMPANY, its successors and assigns, and that the within instrument was signed on behalf of said corporation by authority of its Board of Directors, and that they acknowledged the execution of said instrument to be the voluntary act and deed of said corporation, executed for the uses and purposes set forth.

In testimony whereof, I have hereunto set my hand and official seal this 14th day of September, 2016.

(SEAL)
NANCY LENTZ
Notary Public
State of Oklahoma
Commission # 07004497 Expires 05/18/19

Notary Public
My Commission Expires:

Nancy Lentz
05/18/2019

AB1432-0758

LEGAL DESCRIPTION

ALL that certain lot, parcel or tract of land, situate and lying in the City of Rahway, County of Union, State of New Jersey, and being more particularly described as follows:

BEING KNOWN AND DESIGNATED AS Unit No. 1 in "West Grand Manor Condominium, a condominium," together with an undivided 01818 percentage interest in and to the common elements appurtenant thereto, in accordance with, and subject to the terms, conditions, provisions, covenants, restrictions, easements, and other matters contained in the Master Deed for said West Grand Manor Condominium, a condominium, which Master Deed was dated August 17, 1988, and recorded on August 17,1988 in the Clerk's Office of the County of Union, in Book 3564, Page 591, as the same may hereafter be lawfully amended.

FOR INFORMATIONAL PURPOSES ONLY: Also known as Lot 9 C0101 in Block 205 on the City of Rahway Tax Map.

For Informational Purposes Only: Being commonly known as 649 W. Grand Avenue, Unit 1, Rahway, NJ 07065.

JOCELYN BUNN
MIDFIRST BANK
999 NW GRAND BLVD. STE. 100
OKLAHOMA CITY     OK 73118

Assignments

Inst.# 167899

Paid
Recording Fee  50.00
RT Fee          .00

**END OF DOCUMENT**

AB1432-0759