Case 19-10834-SLM    Doc 35-6    Filed 05/01/23    Entered 05/01/23 12:18:49    Desc

# EXHIBIT D

| UNITED STATES BANKRUPTCY COURT <u>DISTRICT OF NEW JERSEY</u><br>Caption in Compliance with D.N.J.LBR 9004-1<br>Denise Carlon, Esquire<br>KML Law Group, P.C.<br>701 Market Street, Suite 5000<br>Philadelphia, PA 19106<br>Main Phone:609-250-0700<br>dcarlon@kmllawgroup.com<br>MidFirst Bank | CASE NO. 19-10834 SLM<br>CHAPTER 13<br>Judge: Stacey L. Meisel |
|---|---|

In re:

Millie Z Gomez fka Milagros Z Gomez

    DEBTOR(S),

Arnaldo D Arce

    CO-DEBTOR(S)

## CERTIFICATE RE POST-PETITION PAYMENT HISTORY ON THE NOTE AND MORTGAGE DATED 03/20/2008

I, __Madison Graspo__, employed as __Vice President__ by MidFirst Bank, hereby certifies the following information:

Recorded on April 01, 2008, in <u>Union</u> County, in <u>Book M12450, Page 0568</u>
Property Address: <u>649 West Grand Avenue #1, Rahway NJ 07065.</u>

Mortgage Holder: <u>MidFirst Bank</u>

Mortgagor(s)/ Debtor(s) / Co-Debtor(s): <u>Millie Z Gomez fka Milagros Z Gomez,</u> Arnaldo D Arce

POST-PETITION PAYMENTS (Petition filed on January 14, 2019)

| Amount Due | Date pymt was due | How Pymt was Applied (mo/yr) | Amount Received | Date Pymt Rec'd | Suspense |
|---|---|---|---|---|---|
| $1,271.70 | 02/01/2019 | 02/2019 | $1,290.00 | 02/06/2019 | $18.30 |
| $1,271.70 | 03/01/2019 | 03/2019 | $1,270.71 | 03/06/2019 | $17.31 |
| $1,271.70 | 04/01/2019 | 04/2019 | $1,270.71 | 04/02/2019 | $16.32 |
| $1,277.37 | 05/01/2019 | 05/2019 | $1,450.00 | 04/30/2019 | $188.95 |
|  |  | To Suspense | $1,000.00 | 06/18/2019 | $1,188.95 |
| $1,277.37 | 06/01/2019 | 06/2019 | $460.00 | 06/24/2019 | $371.58 |
|  |  | To Suspense | $650.00 | 07/09/2019 | $1,021.58 |
| $1,277.37 | 07/01/2019 | 07/2019 | $650.00 | 07/22/2019 | $394.21 |
| $1,277.37 | 08/01/2019 | 08/2019 | $1,300.00 | 08/19/2019 | $416.84 |
|  |  | To Suspense | $650.00 | 09/04/2019 | $1,066.84 |
| $1,277.37 | 09/01/2019 | 09/2019 | $650.00 | 10/15/2019 | $439.47 |
|  |  | To Suspense | $650.00 | 10/18/2019 | $1,089.47 |
| $1,277.37 | 10/01/2019 | 10/2019 | $650.00 | 11/12/2019 | $462.10 |

| | | | | | |
|---|---|---|---|---|---|
| | | To Suspense | $650.00 | 12/10/2019 | $1,112.10 |
| $1,277.37 | 11/01/2019 | 11/2019 | $650.00 | 12/26/2019 | $484.73 |
| $1,277.37 | 12/01/2019 | 12/2019 | $1,300.00 | 01/16/2020 | $507.36 |
| $1,277.37 | 01/01/2020 | 01/2020 | $1,300.00 | 02/19/2020 | $529.99 |
| $1,277.37 | 02/01/2020 | 02/2020 | $1,300.00 | 03/17/2020 | $552.62 |
| | | To Suspense | $650.00 | 04/16/2020 | $1,202.62 |
| $1,277.37 | 03/01/2020 | 03/2020 | $1,300.00 | 05/06/2020 | $1,225.25 |
| | | | $650.00 | 06/23/2020 | $1,875.25 |
| | | | $650.00 | 07/29/2020 | $2,525.25 |
| $1,277.37 | 04/01/2020 | 04/2020 | From Suspense | 07/30/2020 | $1,247.88 |
| $1,277.37 | 05/01/2020 | 05/2020 | $2,600.00 | 07/30/2020 | $2,570.51 |
| $1,286.55 | 06/01/2020 | 06/2020 | From Suspense | 09/29/2020 | $1,283.96 |
| $1,277.37 | 07/01/2020 | 07/2020 (SHORT) | $1,300.00 | 10/09/2020 | $1,306.59 |
| $1,261.33 | 08/01/2020 | 08/2020 (SHORT) | From Suspense | 10/23/2020 | $45.46 |
| | | To Suspense | $650.00 | 11/04/2020 | $695.26 |
| | | To Suspense | $650.00 | 11/24/2020 | $1,345.26 |
| $1,277.37 | 09/01/2020 | 09/2020 (SHORT) | From Suspense | 11/25/2020 | $67.89 |
| | | To Suspense | $650.00 | 01/08/2021 | $717.89 |
| | | To Suspense | $650.00 | 01/22/2021 | $1,367.89 |
| $1,286.55 | 10/01/2020 | 10/2020 | $650.00 | 02/17/2021 | $731.34 |
| | | To Suspense | $650.00 | 03/16/2021 | $1,381.34 |
| $1,286.55 | 11/01/2020 | 11/2020 | From Suspense | 03/18/2021 | $94.79 |
| | | To Suspense | $750.00 | 06/15/2021 | $844.79 |
| | | To Suspense | $750.00 | 06/23/2021 | $1,594.79 |
| $1,286.55 | 12/01/2020 | 12/2020 | From Suspense | 06/29/2021 | $308.24 |
| | | To Suspense | $750.00 | 07/20/2021 | $1,058.24 |
| | | To Suspense | $750.00 | 09/01/2021 | $1,808.24 |
| $1,286.55 | 01/01/2021 | 01/2021 | From Suspense | 09/09/2021 | $521.69 |
| | | To Suspense | $750.00 | 09/28/2021 | $1,271.69 |
| $1,271.69 | 02/01/2021 | 02/2021 (SHORT) | From Suspense | 10/07/2021 | $0.00 |
| | | To Suspense | $750.00 | 10/12/2021 | $750.00 |
| $1,286.55 | 03/01/2021 | 03/2023 | $750.00 | 11/16/2021 | $213.45 |
| | | To Suspense | $20.00 | 11/23/2021 | $233.45 |
| | | To Suspense | $15.00 | 12/14/2021 | $248.45 |
| | | To Suspense | $750.00 | 12/14/2021 | $998.45 |
| $1,286.55 | 04/01/2021 | 04/2021 | $750.00 | 12/29/2021 | $461.90 |
| | | To Suspense | $750.00 | 01/04/2022 | $1,211.90 |
| $1,309.52 | 05/01/2021 | 05/2021 | $750.00 | 01/18/2022 | $652.38 |
| $1,309.52 | 06/01/2021 | 06/2021 | $750.00 | 01/25/2022 | $92.86 |
| $1,309.52 | 07/01/2021 | 07/2021 | $1,310.00 | 02/14/2022 | $93.34 |
| | | To Suspense | $750.00 | 02/28/2022 | $843.34 |

| | | | | | |
|---|---|---|---|---|---|
| $1,309.52 | 08/01/2021 | 08/2021 | $750.00 | 03/15/2022 | $283.82 |
| | | To Suspense | $800.00 | 4/12/2022 | $1,083.82 |
| | | To Suspense | $750.00 | 4/26/2022 | $1,833.82 |
| | | To Suspense | $750.00 | 5/24/2022 | $2,583.82 |
| | | To Suspense | $750.00 | 6/7/2022 | $3,333.82 |
| | | To Suspense | $750.00 | 7/7/2022 | $4,083.82 |
| | | To Suspense | $750.00 | 7/26/2022 | $4,833.82 |
| $1,309.52 | 09/01/2021 | 09/2021 | From Suspense | 08/09/2022 | $3,524.30 |
| $1,309.52 | 10/01/2021 | 10/2021 | From Suspense | 08/09/2022 | $2,214.78 |
| $1,309.52 | 11/01/2021 | 11/2021 | From Suspense | 08/09/2022 | $905.26 |
| $1,309.52 | 12/01/2021 | 12/2021 | $750.00 | 08/16/2022 | $345.74 |
| | | To Suspense | $750.00 | 09/13/2022 | $1,095.74 |
| $1,309.52 | 01/01/2022 | 01/2022 | $750.00 | 09/27/2022 | $536.22 |
| $1,309.52 | 02/01/2022 | 02/2022 | $1,300.00 | 10/10/2022 | $526.70 |
| | | To Suspense | $750.00 | 11/04/2022 | $1,276.70 |
| $1,309.52 | 03/01/2022 | 03/2022 | $750.00 | 11/21/2022 | $717.18 |
| $1,309.52 | 04/01/2022 | 04/2022 | $750.00 | 12/28/2022 | $157.66 |
| | | To Suspense | $750.00 | 01/04/2023 | $907.66 |
| $1,290.33 | 05/01/2022 | 05/2022 | $750.00 | 01/18/2023 | $367.33 |
| | | To Suspense | $750.00 | 01/31/2023 | $1,117.33 |
| $1,290.33 | 06/01/2022 | 06/2022 | $600.00 | 02/10/2023 | $427.00 |
| $1,290.33 | 07/01/2022 | 07/2022 | $1,500.00 | 03/13/2023 | $636.67 |
| $1,290.33 | 08/01/2022 | 08/2022 | $750.00 | 04/04/2023 | $96.34 |
| $1,290.33 | 09/01/2022 | | $0.00 | | $96.34 |
| $1,290.33 | 10/01/2022 | | $0.00 | | $96.34 |
| $1,290.33 | 11/01/2022 | | $0.00 | | $96.34 |
| $1,290.33 | 12/01/2022 | | $0.00 | | $96.34 |
| $1,290.33 | 01/01/2023 | | $0.00 | | $96.34 |
| $1,290.33 | 02/01/2023 | | $0.00 | | $96.34 |
| $1,290.33 | 03/01/2023 | | $0.00 | | $96.34 |
| $1,290.33 | 04/01/2023 | | $0.00 | | $96.34 |
| **Total Due: $65,712.72** | | **Total Received: $55,486.42** | | **Arrears: $10,226.30** | |

Continue on attached sheets if necessary.

Monthly payments past due: 8 mos. X $1,290.33
Arrears: $10,226.30

Each current monthly payment is comprised of:
Effective as of May 01, 2022, the current monthly payment is comprised of:

    Principal and Interest:    $811.56_____
    R.E. Taxes:    $_____
    Insurance:    $_____
    Other:    $478.77_____ (Specify: Escrow)
    TOTAL    $1,290.33_____

If the monthly payment has changed during the pendency of the case, please explain (attach separate sheet(s) if necessary)

Notices of Mortgage Payment Change were filed on: 04/03/2019, 04/03/2020, 04/02/2021, 04/05/2022.

PRE-PETITION ARREARS: $16,148.13

I certify under penalty of perjury that the foregoing is true and correct.

Dated: 04/28/2023

_____
Signature    Madison Graspo