UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY
**Caption in Compliance with D.N.J. LBR 9004-1(b)**

KML Law Group, P.C.
By: Denise Carlon, Esquire
701 Market Street, Suite 5000
Philadelphia, PA 19106
215-627-1322
Attorneys for Movant: MidFirst Bank

Case No.:    19-10834 SLM

Chapter:    13

Judge:    Stacey L. Meisel

In Re:

Millie Z Gomez fka Milagros Z Gomez
Debtor/Respondent

Arnaldo D Arce
Co-Debtor/Respondent

## CERTIFICATION OF SERVICE

1.  I, Thomas Diruscio:

    ☐ Represent the _____ in the above-captioned matter.

    ☒ am the secretary/paralegal for <u>Denise Carlon, Esquire</u>, who represents the <u>Movant</u> in the above captioned matter.

    ☐ am the _____ in the above case and am representing myself.

2.  On <u>May 01, 2023,</u> I sent a copy of the following pleadings and/or documents to the parties listed in the chart below:

    - Notice of Motion for Relief of Automatic Stay
    - Certification of Support in Motion of Relief from Automatic Stay
    - Proposed Order
    - Certification of Service

3.  I certify under penalty of perjury that the above document were sent using the mode of service indicated.

Dated: May 01, 2023                    /S/ Thomas Diruscio
                                       Signature

| Name and Address of Party Served | Relation of Party to the Case | Mode of Service |
|---|---|---|
| Millie Z Gomez fka Milagros Z Gomez<br>649 West Grand Avenue<br>Unit 1<br>Rahway, NJ 07065 | Debtor | ☐ Hand-delivered<br><br>☒ Regular mail<br><br>☐ Certified mail/RR<br><br>☐ Other _____<br>   (As authorized by the Court or by rule.  Cite the rule if applicable.) |
| Arnaldo D Arce<br>649 West Grand Avenue<br>Unit 1<br>Rahway, NJ 07065 | Co-Debtor | ☐ Hand-delivered<br><br>☒ Regular mail<br><br>☐ Certified mail/RR<br><br>☐ Other _____<br>   (As authorized by the Court or by rule.  Cite the rule if applicable.) |
| Gillman, Justin M<br>Gillman & Gillman<br>770 Amboy Avenue<br>Edison, NJ 08837 | Attorney for Debtor | ☐ Hand-delivered<br><br>☒ Regular mail<br><br>☐ Certified mail/RR<br><br>☐ Notice of Electronic Filing (NEF)<br><br>☐ Other _____<br>   (As authorized by the Court or by rule.  Cite the rule if applicable.) |
| GREENBERG, MARIE-ANN<br>30 Two Bridges Road; Suite 330 (VIA ECF)<br>Fairfield, NJ 07004 | Chapter 13 Trustee | ☐ Hand-delivered<br><br>☒ Regular mail<br><br>☐ Certified mail/RR<br><br>☐ Notice of Electronic Filing (NEF)<br><br>☐ Other _____<br>   (As authorized by the Court or by rule.  Cite the rule if applicable.) |

*rev. 8/1/16*