| | |
|---|---|
| UNITED STATES BANKRUPTCY COURT<br>DISTRICT OF NEW JERSEY<br>**Caption in Compliance with D.N.J. LBR 9004-1(b)** | |
| Denise Carlon, Esquire<br>KML Law Group, P.C.<br>Sentry Office Plz<br>701 Market Street, Suite 5000<br>Philadelphia, PA 19106<br>215-627-1322<br>dcarlon@kmllawgroup.com<br>Attorneys for  MidFirst Bank | |
| In Re:<br><br>  Millie Z Gomez fka Milagros Z Gomez<br><br>Debtor(s) | Case No.:   19-10834 SLM<br><br>Chapter:    13<br><br>Hearing Date: 05/24/2023<br><br>Judge:    Stacey L. Meisel |

## STATUS CHANGE FORM

Pursuant to D.N.J. LBR 9013-3, the undersigned notifies the court that the matter identified below has been:

☒Settled ☐ Withdrawn

Matter: Motion for Relief from Stay re: 649 West Grand Avenue (Docket # 35)

_____

Date: May 22, 2023                                                                      /s/Denise Carlon
                                                                                                    Signature

*rev. 8/1/15*