| **Information to identify the case:** | | |
|---|---|---|
| Debtor 1 | Millie Z Gomez<br>First Name    Middle Name    Last Name | Social Security number or ITIN   xxx–xx–5360<br>EIN   __–_____ |
| Debtor 2<br>(Spouse, if filing) | First Name    Middle Name    Last Name | Social Security number or ITIN   ____<br>EIN   __–_____ |
| United States Bankruptcy Court    District of New Jersey | | |
| Case number:   19–10834–SLM | | |

# Order of Discharge                                                                12/18

---

**IT IS ORDERED:** A discharge under 11 U.S.C. § 1328(a) is granted to:

    Millie Z Gomez
    fka Milagros Z Gomez

4/2/24                                                                    **By the court:** <u>Stacey L. Meisel</u>
                                                                                     United States Bankruptcy Judge

---

**Explanation of Bankruptcy Discharge in a Chapter 13 Case**

This order does not close or dismiss the case.

**Creditors cannot collect discharged debts**

This order means that no one may make any attempt to collect a discharged debt from the debtors personally. For example, creditors cannot sue, garnish wages, assert a deficiency, or otherwise try to collect from the debtors personally on discharged debts. Creditors cannot contact the debtors by mail, phone, or otherwise in any attempt to collect the debt personally. Creditors who violate this order can be required to pay debtors damages and attorney's fees.

However, a creditor with a lien may enforce a claim against the debtors' property subject to that lien unless the lien was avoided or eliminated. For example, a creditor may have the right to foreclose a home mortgage or repossess an automobile.

This order does not prevent debtors from paying any debt voluntarily. 11 U.S.C. § 524(f).

**Most debts are discharged**

Most debts are covered by the discharge, but not all. Generally, a discharge removes the debtors' personal liability for debts provided for by the chapter 13 plan.

In a case involving community property: Special rules protect certain community property owned by the debtor's spouse, even if that spouse did not file a bankruptcy case.

**Some debts are not discharged**

Examples of debts that are not discharged are:

♦ debts that are domestic support obligations;

♦ debts for most student loans;

♦ debts for certain types of taxes specified in 11 U.S.C. §§ 507(a)(8)( C), 523(a)(1)(B), or 523(a)(1)(C) to the extent not paid in full under the plan;

**For more information, see page 2>**

---

Form 3180W                               **Chapter 13 Discharge**                                page 1

- debts that the bankruptcy court has decided or will decide are not discharged in this bankruptcy case;

- debts for restitution, or a criminal fine, included in a sentence on debtor's criminal conviction;

- some debts which the debtors did not properly list;

- debts provided for under 11 U.S.C. § 1322(b)(5) and on which the last payment or other transfer is due after the date on which the final payment under the plan was due;

- debts for certain consumer purchases made after the bankruptcy case was filed if obtaining the trustee's prior approval of incurring the debt was practicable but was not obtained;

- debts for restitution, or damages, awarded in a civil action against the debtor as a result of malicious or willful injury by the debtor that caused personal injury to an individual or the death of an individual; and

- debts for death or personal injury caused by operating a vehicle while intoxicated.

In addition, this discharge does not stop creditors from collecting from anyone else who is also liable on the debt, such as an insurance company or a person who cosigned or guaranteed a loan.

**This information is only a general summary of a chapter 13 discharge; some exceptions exist. Because the law is complicated, you should consult an attorney to determine the exact effect of the discharge in this case.**

United States Bankruptcy Court
District of New Jersey

In re:                                                                                                                        Case No. 19-10834-SLM
Millie Z Gomez                                                                                                    Chapter 13
        Debtor

# CERTIFICATE OF NOTICE

District/off: 0312-2                           User: admin                                                    Page 1 of 6
Date Rcvd: Apr 02, 2024                 Form ID: 3180W                                          Total Noticed: 89

The following symbols are used throughout this certificate:
**Symbol    Definition**

+           Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

++          Addresses marked '++' were redirected to the recipient's preferred mailing address pursuant to 11 U.S.C. § 342(f)/Fed. R. Bank. P. 2002(g)(4).

^           Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036.

##          Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable. Notices will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed. The debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Apr 04, 2024:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Millie Z Gomez, 649 West Grand Ave, Unit 1, Rahway, NJ 07065-3457 |
| cr | + | Rutgers Federal Credit Union, McKenna, DuPont, Higgins & Stone, PC, PO Box 610, 229 Broad Street, Red Bank, NJ 07701-2009 |
| 517968511 | + | McKenna, Dupont, Higgins & Stone, 229 Broad Street, Red Bank, NJ 07701-2009 |
| 517968520 | + | RSI Bank, 1500 Irving Street, Rahway, NJ 07065-4008 |
| 517968521 | + | Rutgers Fcu, 100 College Ave, New Brunswick, NJ 08901-1438 |
| 517968522 | | Rutgers Fcu, Bldg 4103 Kilmar, New Brunswick, NJ 08903 |
| 517968530 | + | Rutgers Federal Credit, 100 College Ave, New Brunswick, NJ 08901-1438 |
| 517993081 | | Rutgers Federal Credit Union, C/O McKenna, DuPont, Higgins & Stone, PC, PO Box 610, Red Bank, NJ 07701-0610 |
| 517968531 | + | State of New Jersey Division of Taxation, Revenue Processing Center, PO Box 111, Trenton, NJ 08645-0111 |
| 517968539 | + | Syncb/Lord & Taylor, Po Box 30253, Salt Lake City, UT 84130-0253 |

TOTAL: 10

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| smg | | Email/Text: usanj.njbankr@usdoj.gov | Apr 02 2024 20:48:00 | U.S. Attorney, 970 Broad St., Room 502, Rodino Federal Bldg., Newark, NJ 07102-2534 |
| smg | + | Email/Text: ustpregion03.ne.ecf@usdoj.gov | Apr 02 2024 20:48:00 | United States Trustee, Office of the United States Trustee, 1085 Raymond Blvd., One Newark Center, Suite 2100, Newark, NJ 07102-5235 |
| cr | + | EDI: AIS.COM | Apr 03 2024 00:38:00 | Synchrony Bank by AIS InfoSource, LP, 4515 N Santa Fe Ave., Oklahoma City, OK 73118-7901 |
| 518025430 | | Email/PDF: bncnotices@becket-lee.com | Apr 02 2024 21:10:49 | American Express National Bank, c/o Becket and Lee LLP, PO Box 3001, Malvern PA 19355-0701 |
| 517968467 | + | Email/PDF: bncnotices@becket-lee.com | Apr 02 2024 21:10:53 | Amex, Correspondence/Bankruptcy, Po Box 981540, El Paso, TX 79998-1540 |
| 517968468 | + | Email/PDF: bncnotices@becket-lee.com | Apr 02 2024 21:21:27 | Amex, Po Box 297871, Fort Lauderdale, FL 33329-7871 |
| 517968475 | | EDI: BMW.COM | Apr 03 2024 00:37:00 | Bmw Financial Services, 5515 Parkcenter Cir, Dublin, OH 43017 |
| 517968473 | | EDI: BMW.COM | Apr 03 2024 00:37:00 | Bmw Financial Services, Attn: Bankruptcy Department, Po Box 3608, Dublin, OH 43016 |
| 518031665 | + | EDI: BMW.COM | Apr 03 2024 00:37:00 | BMW Financial Services, PO Box 9488, Salt Lake City, UT 84109-0488 |
| 517968469 | + | EDI: TSYS2 | Apr 03 2024 00:37:00 | Barclays Bank Delaware, Attn: Correspondence, Po Box 8801, Wilmington, DE 19899-8801 |

| Recip ID | Method | Date/Time | Name/Address |
|---|---|---|---|
| 517968470 | + EDI: TSYS2 | Apr 03 2024 00:37:00 | Barclays Bank Delaware, Po Box 8803, Wilmington, DE 19899-8803 |
| 517968471 | + EDI: BMW.COM | Apr 03 2024 00:37:00 | Bmw Bank Of North Amer, Attn: Bankruptcy, Po Box 3608, Dublin, OH 43016-0306 |
| 517968472 | + EDI: BMW.COM | Apr 03 2024 00:37:00 | Bmw Bank Of North Amer, 2735 E Parleys Way, Salt Lake City, UT 84109-1666 |
| 517968479 | EDI: CAPITALONE.COM | Apr 03 2024 00:37:00 | Capital One, 15000 Capital One Dr, Richmond, VA 23238 |
| 517968477 | + EDI: CAPITALONE.COM | Apr 03 2024 00:37:00 | Capital One, Attn: Bankruptcy, Po Box 30285, Salt Lake City, UT 84130-0285 |
| 517968481 | + EDI: CAPONEAUTO.COM | Apr 03 2024 00:37:00 | Capital One Auto Finance, Attn: Bankruptcy, Po Box 30285, Salt Lake City, UT 84130-0285 |
| 517968482 | + EDI: CAPONEAUTO.COM | Apr 03 2024 00:37:00 | Capital One Auto Finance, 3901 Dallas Pkwy, Plano, TX 75093-7864 |
| 518017037 | + EDI: AIS.COM | Apr 03 2024 00:38:00 | Capital One Bank (USA), N.A., 4515 N Santa Fe Ave, Oklahoma City, OK 73118-7901 |
| 517968483 | + EDI: CAPITALONE.COM | Apr 03 2024 00:37:00 | Capital One/Neiman Marcus/Bergdorf Goodm, Attn: Bankruptcy, Po Box 30285, Salt Lake City, UT 84130-0285 |
| 517968484 | + EDI: CAPITALONE.COM | Apr 03 2024 00:37:00 | Capital One/Neiman Marcus/Bergdorf Goodm, 26525 N Riverwoods Blvd, Mettawa, IL 60045-3440 |
| 518055925 | + Email/Text: RASEBN@raslg.com | Apr 02 2024 20:47:00 | Chase Bank USA, N.A., c/o Robertson, Anschutz & Schneid, P.L., 6409 Congress Avenue, Suite 100, Boca Raton, FL 33487-2853 |
| 517968490 | + EDI: CITICORP | Apr 03 2024 00:37:00 | Citibank, Po Box 6241, Sioux Falls, SD 57117-6241 |
| 517968489 | + EDI: CITICORP | Apr 03 2024 00:37:00 | Citibank, Centralized Bankruptcy, Po Box 790034, St Louis, MO 63179-0034 |
| 518133621 | + EDI: CITICORP | Apr 03 2024 00:37:00 | Citibank, N.A., Citibank, N.A., 701 East 60th Street North, Sioux Falls, SD 57104-0432 |
| 517968493 | + EDI: CITICORP | Apr 03 2024 00:37:00 | Citibank/Sears, Po Box 6282, Sioux Falls, SD 57117-6282 |
| 517968491 | + EDI: CITICORP | Apr 03 2024 00:37:00 | Citibank/Sears, Centralized Bankruptcy, Po Box 790034, St Louis, MO 63179-0034 |
| 517968492 | + EDI: CITICORP | Apr 03 2024 00:37:00 | Citibank/Sears, Attn: Bankruptcy, Po Box 6275, Sioux Falls, SD 57117-6275 |
| 517968495 | + EDI: CITICORP | Apr 03 2024 00:37:00 | Citibank/The Home Depot, Po Box 6497, Sioux Falls, SD 57117-6497 |
| 517968497 | + EDI: CITICORP | Apr 03 2024 00:37:00 | Citicards Cbna, Po Box 6241, Sioux Falls, SD 57117-6241 |
| 517968496 | + EDI: CITICORP | Apr 03 2024 00:37:00 | Citicards Cbna, Citi Bank, Po Box 6077, Sioux Falls, SD 57117-6077 |
| 517968499 | + EDI: CITICORP | Apr 03 2024 00:37:00 | Citimortgage, Po Box 6243, Sioux Falls, SD 57117-6243 |
| 517968498 | + EDI: CITICORP | Apr 03 2024 00:37:00 | Citimortgage, Attn: Centralized Bankruptcy, Po Box 9438, Gettysburg, MD 20898-9438 |
| 517968500 | + EDI: WFNNB.COM | Apr 03 2024 00:37:00 | Comenity Bank/Dress Barn, Po Box 182789, Columbus, OH 43218-2789 |
| 517968502 | + EDI: WFNNB.COM | Apr 03 2024 00:37:00 | Comenity Bank/Pier 1, Po Box 182789, Columbus, OH 43218-2789 |

Case 19-10834-SLM    Doc 53    Filed 04/04/24    Entered 04/05/24 00:16:17    Desc Imaged
                                Certificate of Notice    Page 5 of 8

| District/off: 0312-2 | User: admin | Page 3 of 6 |
|---|---|---|
| Date Rcvd: Apr 02, 2024 | Form ID: 3180W | Total Noticed: 89 |

| Recip ID | Notice Type | Date/Time | Recipient |
|---|---|---|---|
| 517968501 | + EDI: WFNNB.COM | Apr 03 2024 00:37:00 | Comenity Bank/Pier 1, Attn: Bankruptcy Dept, Po Box 182125, Columbus, OH 43218-2125 |
| 517968504 | + EDI: WFNNB.COM | Apr 03 2024 00:37:00 | Comenity Bank/Victoria Secret, Po Box 182789, Columbus, OH 43218-2789 |
| 517968503 | + EDI: WFNNB.COM | Apr 03 2024 00:37:00 | Comenity Bank/Victoria Secret, Attn: Bankruptcy Dept, Po Box 182125, Columbus, OH 43218-2125 |
| 517968557 | EDI: CITICORP | Apr 03 2024 00:37:00 | Visa Dept Store National Bank/Macy's, Attn: Bankruptcy, Po Box 8053, Mason, OH 45040 |
| 517968558 | EDI: CITICORP | Apr 03 2024 00:37:00 | Visa Dept Store National Bank/Macy's, Po Box 8218, Mason, OH 45040 |
| 518133622 | EDI: Q3G.COM | Apr 03 2024 00:37:00 | Department Stores National Bank, c/o Quantum3 Group LLC, PO Box 657, Kirkland, WA 98083-0657 |
| 517968505 | Email/Text: bankruptcycourts@equifax.com | Apr 02 2024 20:48:00 | Equifax, P.O. Box 740241, Atlanta, GA 30374-0241 |
| 517968506 | ^ MEBN | Apr 02 2024 20:48:50 | Experian, 475 Anton Blvd, Costa Mesa, CA 92626-7037 |
| 517968508 | + EDI: BLUESTEM | Apr 03 2024 00:37:00 | Fingerhut, 6250 Ridgewood Rd, Saint Cloud, MN 56303-0820 |
| 517968509 | EDI: IRS.COM | Apr 03 2024 00:37:00 | Internal Revenue Service (IRS), Department of Treasury, P.O. Box 7346, Philadelphia, PA 19101-7346 |
| 517968507 | EDI: BLUESTEM | Apr 03 2024 00:37:00 | Fingerhut, Attn: Bankruptcy, Po Box 1250, Saint Cloud, MN 56395 |
| 517968485 | EDI: JPMORGANCHASE | Apr 03 2024 00:37:00 | Chase Card Services, Correspondence Dept, Po Box 15298, Wilmington, DE 19850 |
| 517968487 | EDI: JPMORGANCHASE | Apr 03 2024 00:37:00 | Chase Card Services, Po Box 15298, Wilmington, DE 19850 |
| 517968515 | Email/Text: EBN@Mohela.com | Apr 02 2024 20:47:00 | MOHELA/Debt of Ed, 633 Spirit Dr, Chesterfield, MO 63005 |
| 517968514 | Email/Text: EBN@Mohela.com | Apr 02 2024 20:47:00 | MOHELA/Debt of Ed, Attn: Bankruptcy, 633 Spirit Dr, Chesterfield, MO 63005 |
| 518068139 | + EDI: AISMIDFIRST | Apr 03 2024 00:37:00 | MidFirst Bank, 999 NorthWest Grand Boulevard, Oklahoma City, OK 73118-6051 |
| 517968513 | + EDI: AISMIDFIRST | Apr 03 2024 00:37:00 | Midland Mortgage Co, 999 Nw Grand Blvd, Oklahoma City, OK 73118-6051 |
| 517968512 | + EDI: AISMIDFIRST | Apr 03 2024 00:37:00 | Midland Mortgage Co, Attn: Customer Service/Bankruptcy, Po Box 26648, Oklahoma City, OK 73126-0648 |
| 517968518 | + EDI: NAVIENTFKASMSERV.COM | Apr 03 2024 00:37:00 | Navient, 11100 Usa Pkwy, Fishers, IN 46037-9203 |
| 517968516 | + EDI: NAVIENTFKASMSERV.COM | Apr 03 2024 00:37:00 | Navient, Attn: Bankruptcy, Po Box 9000, Wiles-Barr, PA 18773-9000 |
| 518709235 | EDI: PRA.COM | Apr 03 2024 00:37:00 | Portfolio Recovery Associates, LLC, PO Box 41067, Norfolk, VA 23541 |
| 518077084 | EDI: PRA.COM | Apr 03 2024 00:37:00 | Portfolio Recovery Associates, LLC, c/o Barclaycard, POB 41067, Norfolk VA 23541 |
| 518129842 | EDI: PRA.COM | Apr 03 2024 00:37:00 | Portfolio Recovery Associates, LLC, c/o Care Credit, POB 41067, Norfolk VA 23541 |
| 518077079 | EDI: PRA.COM | Apr 03 2024 00:37:00 | Portfolio Recovery Associates, LLC, c/o Neiman Marcus, POB 41067, Norfolk VA 23541 |
| 518171907 | Email/Text: NJTax.BNCnoticeonly@treas.nj.gov | | |

| Recip ID | | Notice Type | Date/Time | Name and Address |
|---|---|---|---|---|
| | | | Apr 02 2024 20:47:00 | State of New Jersey, Division of Taxation, Bankruptcy Section, PO Box 245, Trenton, NJ 08695-0245 |
| 517968532 | + | Email/Text: bankruptcy@signetjewelers.com | Apr 02 2024 20:48:00 | Sterling Jewelers, Inc., Attn: Bankruptcy, Po Box 1799, Akron, OH 44309-1799 |
| 517968535 | + | Email/Text: BKRMailOPS@weltman.com | Apr 02 2024 20:48:00 | Sterling Jewelers, Inc., 375 Ghent Rd, Fairlawn, OH 44333-4600 |
| 517968538 | + | EDI: SYNC | Apr 03 2024 00:37:00 | Syncb/Lord & Taylor, Attn: Bankruptcy, Po Box 965060, Orlando, FL 32896-5060 |
| 517968541 | + | EDI: SYNC | Apr 03 2024 00:37:00 | Synchrony Bank, C/o Po Box 965036, Orlando, FL 32896-0001 |
| 517970020 | + | EDI: AIS.COM | Apr 03 2024 00:38:00 | Synchrony Bank, Attn: AIS InfoSource, LP, 4515 N Santa Fe Ave., Oklahoma City, OK 73118-7901 |
| 517968540 | + | EDI: SYNC | Apr 03 2024 00:37:00 | Synchrony Bank, Attn: Bankruptcy, Po Box 965060, Orlando, FL 32896-5060 |
| 517968542 | + | EDI: SYNC | Apr 03 2024 00:37:00 | Synchrony Bank/Care Credit, Attn: Bankruptcy Dept, Po Box 965061, Orlando, FL 32896-5061 |
| 517968544 | + | EDI: SYNC | Apr 03 2024 00:37:00 | Synchrony Bank/Care Credit, 950 Forrer Blvd, Kettering, OH 45420-1469 |
| 517968546 | + | EDI: SYNC | Apr 03 2024 00:37:00 | Synchrony Bank/Lenscrafters, Attn: Bankruptcy, Po Box 965060, Orlando, FL 32896-5060 |
| 517968547 | + | EDI: SYNC | Apr 03 2024 00:37:00 | Synchrony Bank/Lenscrafters, C/o Po Box 965036, Orlando, FL 32896-0001 |
| 517968549 | + | EDI: SYNC | Apr 03 2024 00:37:00 | Synchrony Bank/PayPal Cr, Po Box 965005, Orlando, FL 32896-5005 |
| 517968548 | + | EDI: SYNC | Apr 03 2024 00:37:00 | Synchrony Bank/PayPal Cr, Attn: Bankruptcy Dept, Po Box 965060, Orlando, FL 32896-5060 |
| 517968552 | + | EDI: SYNC | Apr 03 2024 00:37:00 | Synchrony Bank/TJX, Po Box 965015, Orlando, FL 32896-5015 |
| 517968550 | + | EDI: SYNC | Apr 03 2024 00:37:00 | Synchrony Bank/TJX, Attn: Bankruptcy Dept, Po Box 965060, Orlando, FL 32896-5060 |
| 517968554 | + | EDI: SYNC | Apr 03 2024 00:37:00 | Synchrony/Ashley Furniture Homestore, Attn: Bankruptcy, Po Box 965064, Orlando, FL 32896-5064 |
| 517968555 | + | EDI: SYNC | Apr 03 2024 00:37:00 | Synchrony/Ashley Furniture Homestore, C/o Po Box 965036, Orlando, FL 32896-0001 |
| 517968556 | ^ | MEBN | Apr 02 2024 20:47:01 | TransUnion, P.O. Box 2000, Crum Lynne, PA 19022 |
| 517968559 | + | EDI: WFFC2 | Apr 03 2024 00:37:00 | Wells Fargo Bank, Attn: Bankruptcy, Po Box 10438, Des Moines, IA 50306-0438 |
| 517968560 | | EDI: WFFC2 | Apr 03 2024 00:37:00 | Wells Fargo Bank, Credit Bureau Dispute Resoluti, Des Moines, IA 50306 |
| 518045916 | | EDI: WFFC2 | Apr 03 2024 00:37:00 | Wells Fargo Bank, N.A., Wells Fargo Card Services, PO Box 10438, MAC F8235-02F, Des Moines, IA 50306-0438 |

TOTAL: 79

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| 517968476 | *P++ | BMW FINANCIAL SERVICES, CUSTOMER SERVICE CENTER, PO BOX 3608, DUBLIN OH 43016-0306, address filed |

| | | |
|---|---|---|
| District/off: 0312-2 | User: admin | Page 5 of 6 |
| Date Rcvd: Apr 02, 2024 | Form ID: 3180W | Total Noticed: 89 |

| | | |
|---|---|---|
| | | with court:, Bmw Financial Services, 5515 Parkcenter Cir, Dublin, OH 43017 |
| 517968474 | *P++ | BMW FINANCIAL SERVICES, CUSTOMER SERVICE CENTER, PO BOX 3608, DUBLIN OH 43016-0306, address filed with court:, Bmw Financial Services, Attn: Bankruptcy Department, Po Box 3608, Dublin, OH 43016 |
| 517968480 | *P++ | CAPITAL ONE, PO BOX 30285, SALT LAKE CITY UT 84130-0285, address filed with court:, Capital One, 15000 Capital One Dr, Richmond, VA 23238 |
| 517968478 | *+ | Capital One, Attn: Bankruptcy, Po Box 30285, Salt Lake City, UT 84130-0285 |
| 517968494 | *+ | Citibank/Sears, Po Box 6282, Sioux Falls, SD 57117-6282 |
| 517968486 | *P++ | JPMORGAN CHASE BANK N A, BANKRUPTCY MAIL INTAKE TEAM, 700 KANSAS LANE FLOOR 01, MONROE LA 71203-4774, address filed with court:, Chase Card Services, Correspondence Dept, Po Box 15298, Wilmington, DE 19850 |
| 517968488 | *P++ | JPMORGAN CHASE BANK N A, BANKRUPTCY MAIL INTAKE TEAM, 700 KANSAS LANE FLOOR 01, MONROE LA 71203-4774, address filed with court:, Chase Card Services, Po Box 15298, Wilmington, DE 19850 |
| 517968519 | *+ | Navient, 11100 Usa Pkwy, Fishers, IN 46037-9203 |
| 517968517 | *+ | Navient, Attn: Bankruptcy, Po Box 9000, Wiles-Barr, PA 18773-9000 |
| 518709304 | *P++ | PORTFOLIO RECOVERY ASSOCIATES LLC, PO BOX 41067, NORFOLK VA 23541-1067, address filed with court:, Portfolio Recovery Associates, LLC, PO Box 41067, Norfolk, VA 23541 |
| 518709236 | *P++ | PORTFOLIO RECOVERY ASSOCIATES LLC, PO BOX 41067, NORFOLK VA 23541-1067, address filed with court:, Portfolio Recovery Associates, LLC, PO Box 41067, Norfolk, VA 23541 |
| 518709305 | *P++ | PORTFOLIO RECOVERY ASSOCIATES LLC, PO BOX 41067, NORFOLK VA 23541-1067, address filed with court:, Portfolio Recovery Associates, LLC, PO Box 41067, Norfolk, VA 23541 |
| 517968523 | *+ | Rutgers Fcu, 100 College Ave, New Brunswick, NJ 08901-1438 |
| 517968524 | *+ | Rutgers Fcu, 100 College Ave, New Brunswick, NJ 08901-1438 |
| 517968525 | *+ | Rutgers Fcu, 100 College Ave, New Brunswick, NJ 08901-1438 |
| 517968526 | *+ | Rutgers Fcu, 100 College Ave, New Brunswick, NJ 08901-1438 |
| 517968527 | *+ | Rutgers Fcu, 100 College Ave, New Brunswick, NJ 08901-1438 |
| 517968528 | *+ | Rutgers Fcu, 100 College Ave, New Brunswick, NJ 08901-1438 |
| 517968529 | *+ | Rutgers Fcu, 100 College Ave, New Brunswick, NJ 08901-1438 |
| 517968533 | *+ | Sterling Jewelers, Inc., Attn: Bankruptcy, Po Box 1799, Akron, OH 44309-1799 |
| 517968534 | *+ | Sterling Jewelers, Inc., Attn: Bankruptcy, Po Box 1799, Akron, OH 44309-1799 |
| 517968536 | *+ | Sterling Jewelers, Inc., 375 Ghent Rd, Fairlawn, OH 44333-4600 |
| 517968537 | *+ | Sterling Jewelers, Inc., 375 Ghent Rd, Fairlawn, OH 44333-4600 |
| 518136151 | *+ | Synchrony Bank, Attn: AIS InfoSource, LP, 4515 N Santa Fe Ave., Oklahoma City, OK 73118-7901 |
| 517968543 | *+ | Synchrony Bank/Care Credit, Attn: Bankruptcy Dept, Po Box 965061, Orlando, FL 32896-5061 |
| 517968545 | *+ | Synchrony Bank/Care Credit, 950 Forrer Blvd, Kettering, OH 45420-1469 |
| 517968553 | *+ | Synchrony Bank/TJX, Po Box 965015, Orlando, FL 32896-5015 |
| 517968551 | *+ | Synchrony Bank/TJX, Attn: Bankruptcy Dept, Po Box 965060, Orlando, FL 32896-5060 |
| 517968510 | ##+ | KML Law Group, PC, 216 Haddon Avenue, Suite 406, Collingswood, NJ 08108-2812 |

TOTAL: 0 Undeliverable, 28 Duplicate, 1 Out of date forwarding address

## NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Apr 04, 2024         Signature:         /s/Gustava Winters

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on April 2, 2024 at the address(es) listed below:

**Name**                  **Email Address**

Denise E. Carlon
                          on behalf of Creditor MIDFIRST BANK dcarlon@kmllawgroup.com  bkgroup@kmllawgroup.com

Justin M Gillman
                          on behalf of Debtor Millie Z Gomez ecf@gbclawgroup.com
                          GillmanBrutonCaponeLLC@jubileebk.net,e4eaf5f23@maildrop.clio.com;jgillman@ecf.courtdrive.com

District/off: 0312-2 | User: admin | Page 6 of 6
Date Rcvd: Apr 02, 2024 | Form ID: 3180W | Total Noticed: 89

| | |
|---|---|
| Kevin Gordon McDonald | on behalf of Creditor MIDFIRST BANK kmcdonald@kmllawgroup.com  bkgroup@kmllawgroup.com |
| Marie-Ann Greenberg | magecf@magtrustee.com |
| Marie-Ann Greenberg | on behalf of Trustee Marie-Ann Greenberg magecf@magtrustee.com |
| Michael R. DuPont | on behalf of Creditor Rutgers Federal Credit Union dupont@redbanklaw.com  lori@redbanklaw.com |
| U.S. Trustee | USTPRegion03.NE.ECF@usdoj.gov |

TOTAL: 7